FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 APR -6 AM 11: 41

CLERK J. Hooke
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

KEVIN SCHULTZ,                          *
                                        *
          Plaintiff,                    *
                                        *
     v.                                 *          CV 119-140
                                        *
THE PRUDENTIAL INSURANCE                *
COMPANY OF AMERICA,                     *
                                        *
          Defendant.                    *

## O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 15.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions, if any, and **CLOSE** this case. Each party shall bear its own costs, fees, and expenses.

**ORDER ENTERED** at Augusta, Georgia, this ___6___ day of April, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA